THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MEREDITH ELISE SAUM,

    Plaintiff,

v.

SAMSON TUG AND BARGE COMPANY, INC., an Alaska Corporation,

    Defendant.

Case No.: 2:21-CV-01129-DGE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree that the entirety of this lawsuit is dismissed, with prejudice, each party to bear its own cost, interest, and attorney fees.

DATED this 2nd day of September, 2022, at Seattle, Washington.

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Meredith Elise Saum v. Samson Tug and Barge Company, Inc.*
Case No: 2:21-cv-01129-DGE
Page **1** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
701 Fifth Avenue, Suite 4200 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

1.
2.
3. McGee Law Offices pllc                    International Maritime Group | PLLC

4. By: s/Terence K. McGee                    By: /s/ R. Isaak Hurst

5. Terence K. McGee, WSBA No. 6221           R. Isaak Hurst, WSBA No. 43679
   15711 NE 143ʳᴰ Place                      701 Fifth Avenue; Suite 4200 | Seattle, WA 98104
   Woodinville, WA 98072
6. Telephone: 425-368-2321 Fax: 425-368-2322  (Office) 206.992.0710 | (Fax) 206.707.8338
   tkmcgee@mcgeelaw.net                      Hurst@Maritime.Law
7. Counsel for Plaintiff – Meredith Elise Saum   Attorney for Defendant – Samson Tug and Barge Company, Inc

8.
9. **ORDER**

10.
11.      IT IS SO ORDERED.

12. Dated: September 6, 2022

13.
14.
15.                                          David G. Estudillo
                                             United States District Judge

16. Presented by:

17. McGee Law Offices pllc

18. By: s/Terence K. McGee

19. Terence K. McGee, WSBA No. 6221
    15711 NE 143ʳᴰ Place
20. Woodinville, WA 98072
    Telephone: 425-368-2321 Fax: 425-368-2322
21. tkmcgee@mcgeelaw.net
    Counsel for Plaintiff – Meredith Elise Saum

22.
23.

Stipulation for Dismissal with Prejudice
*Meredith Elise Saum v. Samson Tug and Barge Company, Inc.*
Case No: 2:21-cv-01129-DGE
Page **2** of **3**

International Maritime Group | pllc
701 Fifth Avenue, Suite 4200 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

1. INTERNATIONAL MARITIME GROUP | PLLC

2. By: _/s/ R. Isaak Hurst_____

3. R. ISAAK HURST, WSBA NO. 43679
   701 FIFTH AVENUE; SUITE 4200 | SEATTLE, WA 98104
   (OFFICE) 206.992.0710 | (FAX) 206.707.8338
4. [HURST@MARITIME.LAW](mailto:Hurst@Maritime.Law)
   ATTORNEY FOR DEFENDANT – SAMSON TUG AND BARGE COMPANY, INC

5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Meredith Elise Saum v. Samson Tug and Barge Company, Inc.*
Case No: 2:21-cv-01129-DGE
Page **3** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
701 Fifth Avenue, Suite 4200 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338